**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00963-REB-PAC

JAMES EMERY,

      Plaintiff,

v.

PORTEC FLOWMASTER DIVISION, and
PORTEC, INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulated Motion for Dismissal With Prejudice** [#15] on September 20, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#15], filed on September 20, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

Dated this 20th day of September, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge